**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PATRICIA L. CONNOR, et al.,
Plaintiffs,
vs.
CAESARS ENTERTAINMENT CORPORATION,
Defendant.

Case No. 2:16-cv-02255-APG-VCF

ORDER

On January 19, 2017, the Court set an early neutral evaluation ("ENE") in the instant case for March 7, 2017, and specifically ordered that all individual parties must attend the ENE. Docket No. 13. Despite that order, however, Plaintiffs Parga and Patrick failed to appear at the ENE. As a result, the Court ordered Plaintiffs Parga and Patrick to show cause in writing why they should not be sanctioned for failure to comply with the Court's prior order. Docket No. 20.

Plaintiffs Parga and Patrick have now responded to the Court's order to show cause. Docket No. 21. Both have submitted declarations, under the penalty of perjury, stating that they were called into work on March 7, 2017, and that they went to work in fear they would otherwise lose their employment. *Id*. at 5, 7.

. . . .

. . . .

. . . .

. . . .

The Court hereby **ORDERS** Defendant to respond to these declarations, no later than March 20, 2017.[1] Further, the Court sets a hearing on the order to show cause for March 28, 2017, at 2:00 p.m., in Courtroom 3B. Plaintiffs Parga and Patrick are **required** to personally attend this hearing with counsel. NO EXCEPTIONS TO THIS APPEARANCE REQUIREMENT WILL BE GRANTED.

IT IS SO ORDERED.

DATED: March 14, 2017.

NANCY J. KOPPE
United States Magistrate Judge

[1]This order supersedes the Court's prior order that Defendant *may* respond to Plaintiffs' filing no later than March 17, 2017. *See* Docket No. 20 (emphasis supplied).