DAN J. LOVELL, ESQ.
Nevada Bar No. 9618
Law Offices of Dan J. Lovell, P.C.
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada 89104
Phone: (702) 476-5101
Fax: (702) 476-5158
Attorney for Plaintiffs

PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Law Office of Philip J. Trenchak, P.C.
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada 89104
Phone: (702) 476-5101
Fax: (702) 476-5158
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA L. CONNER, an individual, SUE A. RATLIFF, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CAESARS ENTERTAINMENT, an entity, Form unknown; ROE BUSINESS OR GOVERNMENTAL ENTITIES, 1 through 300, Inclusive, <br><br> Defendants. | Case No.: 2:16-cv-02255-APG-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> **(Assigned to the Hon. Andrew P. Gordon)** |

AND CONSOLIDATED ACTIONS

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Stephanie Brown, Patricia Conner, Debbie Daggs, Marilyn Dixon, Rosa Parga, Brandi Patrick, Betty Powell, and Sue Ratliff, and Defendant Caesars Entertainment Corporation, and each of them, by and through their undersigned counsel of record, that the above-

///
///
///
///

entitled matter be dismissed with prejudice, with each party to bear its or her own attorneys' fees and costs.

     IT IS SO STIPULATED.

| | |
|---|---|
| Dated: This 19th day of December, 2017<br><br>DAN J. LOVELL, ESQ.<br>Nevada Bar No. 9618<br>PHILIP J. TRENCHAK, ESQ.<br>Nevada Bar No. 9924<br>1212 S. Casino Center Blvd.<br>Las Vegas, Nevada 89104<br>T: 702-476-5101 / F: 702-476-5158<br><br><br>*/s/* Dan J. Lovell<br>Attorneys for Plaintiffs | Dated: This 19th day of December, 2017<br><br>FENNEMORE CRAIG, P.C.<br>SHANNON S. PIERCE<br>Nevada Bar No. 12471<br>ANN MORGAN<br>Nevada Bar No. 933<br>300 East Second Street - Suite 1510<br>Reno, Nevada 89501<br>T: 775-788-2200 / F: 775-786-1177<br><br><br>/s/ Shannon S. Pierce<br>By: Shannon S. Pierce, Esq.<br>Attorneys for Defendant Caesars Entertainment Corporation |

**<u>ORDER</u>**

IT IS SO ORDERED.

    Dated: December 21, 2017.

_____
        UNITED STATES DISTRICT JUDGE